UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**LEAH CRAFTON,**

    Plaintiff,

v.                                                         Case No: 5:22-cv-325-TJC-PRL

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## SCHEDULING ORDER

The parties are **ORDERED** to **file** memoranda in support of their respective positions as follows:

| PARTY | DATE |
|---|---|
| **Plaintiff** | January 13, 2023 |
| **Commissioner** | 60 days after Plaintiff's is filed |

Each memorandum shall be limited to **25 PAGES** and shall include a detailed analysis of the administrative record, with pinpoint citations of authorities in support of the party's position, and to the administrative record. It is not sufficient to adopt the facts in the ALJ's decision. Plaintiff may seek remand as a remedy in his or her memorandum but should not separately file an opposed motion to remand or motion for summary judgment. If the Commissioner intends to seek a voluntary remand, she should make every effort to move to remand before the Plaintiff has expended significant time in preparing the memorandum ordered above.

**DONE** and **ORDERED** in Ocala, Florida on November 14, 2022.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record